UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C-SHELL NAVIGATION S.A. PANAMA,

    Plaintiff,

-against-

MAK GROUP and MOHAMAD ALI KESSERWANI a/k/a MOHAMED ALI KESSERWANI,

    Defendants.



JUDGE McMAHON

07 CIV 6541

RULE 7.1 STATEMENT

JUL 20 2007
U.S.D.C. S.D.N.Y.
CASHIERS

**PLEASE TAKE NOTICE** that GARTH S. WOLFSON, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, C-SHELL NAVIGATION S.A. PANAMA, certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of C-SHELL NAVIGATION S.A. PANAMA.

Dated: New York, NY

    July 20, 2007

    Respectfully submitted,

    MAHONEY & KEANE, LLP
    Attorneys for Plaintiff
    C-SHELL NAVIGATION S.A. PANAMA

By: _____
    Garth S. Wolfson (GW 7700)
    111 Broadway, 10th Floor
    New York, NY 10006
    Tel. (212) 385-1422
    Fax (212) 385-1605
    File No. 12/3428

- 2 -

## SERVICE LIST

MAK GROUP and MOHAMAD ALI
KESSERWANI a/k/a MOHAMED ALI
KESSERWANI
Bir Hassan Sara Panama Bldg., 3rd Floor,
Beirut, Lebanon