| Edward A. Keane* | **MAHONEY & KEANE, LLP** | Connecticut Office |
|---|---|---|
| Cornelius A. Mahoney* | *Attorneys at Law* | |
| Garth S. Wolfson* | *111 Broadway, Tenth Floor* | 14 Pilgrim Lane |
| | *New York, New York 10006* | Weston, CT 06883 |
| Jorge A. Rodriguez*† | Telephone (212) 385-1422 | Tel: (203) 222-1019 |
| Of Counsel | Facsimile (212) 386-1605 | Fax: (203) 222-0252 |
| Stephen J. Murray | lawoffices@mahoneykeane.com | |
| *Also admitted in NJ | | |
| †Also admitted in CT | | |

## MEMO ENDORSED



September 14, 2007

**THIS FACSIMILE TRANSMISSION CONISTS OF ONE (1) PAGE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

THE HON. COLLEEN McMAHON
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007
Fax: (212) 805-6326

      Re: **SDNY Case No.: 07 CV 6541 (CM)**
        C-Shell Navigation S.A. Panama
        v. Mak Group, et al.
      **Our File No.: 12/3428/B/07/6**

Honorable Madam:

  We represent the plaintiff in the above-referenced action, wherein a pre-trial conference has been scheduled for September 28, 2007. We write to request an adjournment of 60 days or of such length as the Court may deem appropriate.

  This action was brought pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure to secure the results of an arbitration in London. While property belonging to the defendant has been attached, no answer has yet been submitted.

  Accordingly, we are not in a position to timely provide a case management plan, nor do we anticipate that one will be necessary given the nature of this case.

  We thank the Court for its consideration.

             Respectfully submitted,

             MAHONEY & KEANE, LLP

           By: _____
             Garth S. Wolfson

*[Handwritten endorsement: 9/14/07 — Conference adjourned sine die. Colleen McMahon]*

TOTAL P.01