Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
C-SHELL NAVIGATION S.A. PANAMA,

|  |  |  |
|---|---|---|
| | Plaintiff, | 07 CIV 6541 (CM) |
| -against- | | |
| MAK GROUP and MOHAMAD ALI | | ANSWER OF GARNISHEE |
| KESSERWANI a/k/a MOHAMED ALI | | STANDARD CHARTERED BANK IN |
| KESSERWANI, | | RESPONSE TO MARITIME |
| | Defendants. | ATTACHMENT AND GARNISHMENT |

-----------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and

Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process

of Maritime Attachment and Garnishment, as initially served upon garnishee STANDARD

CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter;

garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its

verified answer does hereby state that on the date of service upon garnishee of another copy of

the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this

response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in

its possession or custody owing or belonging to the defendants, except for the following two (2)

wire transfers which have been restrained pending further court order pursuant to the aforesaid

Process of Maritime Attachment and Garnishment:

#1203                                    1

<u>Wire No. 1</u>:

| | |
|---|---|
| Transaction Reference: | 20070823-00018027 |
| Sender Reference Number: | 235307596 |
| Wire Transfer Request Received (NY): | August 23, 2007 |
| Value Date: | August 23, 2007 |
| Amount of Wire: | US$49,980.00 |
| Amount Restrained: | US$49,980.00 |
| Originator: | Mazzarati- Comercio Industria LDA |
| | Rua Nagola Kiluange No183 |
| | Sao Paulo |
| Originator's Bank: | HSBC Bank USA, N.A. |
| | 140 Broadway |
| | New York, NY 10015 |
| Beneficiary: | **MAK Group / Mohamed Ali Kesserwani** |
| | Beirut Lebanon |
| Beneficiary Bank: | Standard Chartered Bank SAL |
| | Hamra, LB |

<u>Wire No. 2</u>:

| | |
|---|---|
| Transaction Reference: | 20071023-00023161 |
| Sender Reference Number: | FT0729500683 |
| Wire Transfer Request Received (NY): | October 23, 2007 |
| Value Date: | October 24, 2007 |
| Amount of Wire: | US$20,901.60 |
| Amount Restrained: | US$20,901.60 |
| Originator: | **MAK Group Limitada** |
| | Maputo-Mocambique |
| Originator's Bank: | Standard Bank Sarl |
| | Praca 25 De Junho Nbr 1 |
| | Maputo, Mozambique |
| Beneficiary: | Ste Usine Khayrat Al Wadi Sarl |
| Beneficiary Bank: | Standard Chartered Bank S.A.L. |
| | Dbaye 509 Bldg/Dbaye Highway |
| | Antelias, Lebanon |

| | |
|---|---|
| Dated: | New York, New York |
| | December 27, 2007 |

#1203                                                    2

KRAVET & VOGEL LLP

By: _____
        Joseph A. Vogel (JV-5533)

1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634
*Attorneys for Garnishee Standard Chartered Bank*

TO:     Mahoney & Keane, LLP
        111 Broadway
        New York, New York 10006
        (212) 385-1422

        *Attorneys for Plaintiffs*

#1203                                3

## VERIFICATION

STATE OF NEW YORK            )
                             )ss.:
COUNTY OF NEW YORK           )

JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am Executive Vice President and Head of Legal –The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

JAYSON JARUSHEWSKY

Sworn to before me this
26th day of December 2007

Notary Public

JOHANNA G. VARGAS-Terrero
NOTARY PUBLIC, State of New York
No. 01VA6127634
Qualified in Bronx County
Commission Expires May 31, 2009

#1203                          4